UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                             :

    UNITED STATES OF AMERICA,          :

                                             :

             -v-                :

                                           :

    MARLON CHIRINOS,              :
    EMMANUEL ESPEJO, and      :
    MAXIEL LINK,               :
                         Defendants. :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/7/2021

1:21-cr-581-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The proceeding scheduled in this matter for October 12, 2021 at 10:00 a.m. will instead take place on the same day at 2:30 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  October 7, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge