```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___10/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Marlon Chirinos,
  a/k/a "Flaco,"
Emmanuel Espejo,
  a/k/a "Menor," and
Maxiel Link,
  a/k/a "Mamacita,"

*Defendants.*

**Protective Order**

**21 Cr. 581 (GHW)**

Upon the application of the United States of America, Audrey Strauss, United States Attorney for the Southern District of New York, Assistant United States Attorney Elizabeth A. Espinosa, of counsel, and with the consent of defendant MARLON CHIRINOS, a/k/a "Flaco," EMMANUEL ESPEJO, a/k/a "Menor," and MAXIEL LINK, a/k/a "Mamacita," through counsel, for an order limiting the dissemination of any and all discovery produced in connection with the above-captioned case, including but not limited to recordings and electronically stored information ("ESI"), pursuant to Federal Rule of Criminal Procedure 16, 18 U.S.C. § 3500, and the Government's general obligation to produce exculpatory and impeachment material in criminal cases (the "Discovery"), which contains sensitive information regarding third parties, and for good cause shown, it is hereby ORDERED that:

1.      Discovery shall not be disclosed by the defendant or defense counsel, including any successor counsel ("defense counsel") other than as set forth herein, and shall be used by defense counsel and the defendant solely for the purpose of defending this criminal action.

2.      The defendant and defense counsel are precluded from disseminating any disks containing the Discovery, and any and all printouts and/or digital versions of the Discovery (and

any copies and/or screenshots) to anyone beyond the defendant, defense counsel, investigative, secretarial, clerical, and paralegal personnel employed full-time or part-time by defense counsel, independent expert witnesses, investigators, or advisors retained by the defense counsel in connection with this action, and other prospective witnesses and their counsel, to the extent deemed necessary by defense counsel, for the purpose of defending this criminal action, and such other persons as hereafter may be authorized by the Court upon motion by the defendant.

3.     The defendant and defense counsel are precluded from using any disks containing the Discovery, and any and all printouts and/or digital versions of the Discovery (or any copies or screenshots) for any purpose other than defending this criminal action.

4.     The defendant and defense counsel must destroy or return any disks containing the Discovery, and any and all printouts and/or digital versions of the Discovery (including all copies), at the conclusion of the trial of this matter or when any appeal has terminated and the judgment has become final, subject to defense counsel's obligation to retain client files under the Rules of Professional Conduct.

5.     This Order places no restriction on a defendant's use or disclosure of Discovery materials that originally belonged to the defendant.

[Remainder intentionally blank]

6.      The provisions of this Order shall not terminate at the conclusion of this criminal

prosecution, and the Court will retain jurisdiction to enforce this Order following termination of

the case.


Dated:  New York, New York
        October 1, 2021

AGREED AND CONSENTED TO:

        AUDREY STRAUSS
        United States Attorney


by:     /s/                                          Date:   October 1, 2021
        Elizabeth A. Espinosa
        Assistant United States Attorney


                                                     Date:   10/12/2021
        Michael Martin, Esq.
        Counsel for Marlon Chirinos, a/k/a "Flaco"


                                                     Date:
        John Weichsel, Esq.
        Counsel for Emmanuel Espejo, a/k/a "Menor"


                                                     Date:
        Dawn Florio, Esq.
        Counsel for Maxiel Link, a/k/a "Mamacita"


Dated:  New York, New York
        October ___, 2021


                                THE HONORABLE GREGORY H. WOODS
                                UNITED STATES DISTRICT JUDGE


3

6.      The provisions of this Order shall not terminate at the conclusion of this criminal prosecution, and the Court will retain jurisdiction to enforce this Order following termination of the case.

Dated:  New York, New York
       October 1, 2021

AGREED AND CONSENTED TO:

       AUDREY STRAUSS
       United States Attorney


by:   /s/                                              Date:   October 1, 2021
Elizabeth A. Espinosa
       Assistant United States Attorney


_____         Date:   _____
Michael Martin, Esq.
Counsel for Marlon Chirinos, a/k/a "Flaco"


_John l. Weichsel_____         Date:   October 8, 2021
John Weichsel, Esq.
Counsel for Emmanuel Espejo, a/k/a "Menor"


_____         Date:   _____
Dawn Florio, Esq.
Counsel for Maxiel Link, a/k/a "Mamacita"


Dated:  New York, New York
       October __, 2021


_____
THE HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE


3

6.    The provisions of this Order shall not terminate at the conclusion of this criminal

prosecution, and the Court will retain jurisdiction to enforce this Order following termination of

the case.


Dated:  New York, New York
        October 1, 2021

AGREED AND CONSENTED TO:

        AUDREY STRAUSS
        United States Attorney


by:    __/s/_____     Date:   _October 1, 2021_____
Elizabeth A. Espinosa
        Assistant United States Attorney


_____     Date:   _____
Michael Martin, Esq.
Counsel for Marlon Chirinos, a/k/a "Flaco"


_____     Date:   _____
John Weichsel, Esq.
Counsel for Emmanuel Espejo, a/k/a "Menor"


*Dawn Florio*
_____     Date:   _10/8/2021_____
Dawn Florio, Esq.
Counsel for Maxiel Link, a/k/a "Mamacita"


Dated:  New York, New York
        October 12, 2021


                    _____
                    THE HONORABLE GREGORY H. WOODS
                    UNITED STATES DISTRICT JUDGE