```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,              :

                         -v-                    :          1:21-cr-581-GHW

MARLON CHIRINOS,                    :          <u>ORDER</u>
EMMANUEL ESPEJO, and
MAXIEL LINK

                      Defendants.
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, ELIZABETH A. ESPINOSA, Assistant United States Attorney, of counsel, and with the consent of MARLON CHIRINOS, by and through his attorney, MICHAEL W. MARTIN, and with the consent of EMMANUEL ESPEJO, by and through his attorney, JOHN L. WEICHSEL, and with the consent of MAXIEL LINK, by and through her attorney, DAWN M. FLORIO, it is hereby ORDERED that the status conference in this matter scheduled for February 9, 2022 is adjourned to April 13, 2022 at 10:00 a.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because it will permit the defendants and their counsel to receive and review discovery and continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through April 13, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 35.

      SO ORDERED.

Dated:  February 7, 2022
           New York, New York

                                                              _____
                                                              GREGORY H. WOODS
                                                            United States District Judge