USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA           :
                                   :
                                   :         21 Cr. 581 (GHW)
         v.                        :
                                   :         ORDER
                                   :
MARLON CHIRINOS, et al.            :
                                   :
                                   :
             Defendants.           :
-----------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of MARLON CHIRINOS, by and through his attorney, MICHAEL W. MARTIN, and with the consent of EMMANUEL ESPEJO, by and through his attorney, JOHN LOUIS WEISCHEL, and with the consent of MAXIEL LINK, by and through her attorney, DAWN M. FLORIO, and the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, ELIZABETH ESPINOSA, Assistant United States Attorney, of counsel, it is hereby ORDERED that the status conference in this case is continued from April 13, 2022 to May 26, 2022 at 10:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss pretrial resolution of this matter and it will permit the defendant and his counsel to review discovery. Accordingly, it is further ORDERED that the time from the date of this order through May 26, 2022, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 37.

SO ORDERED.

Dated: April 11, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge