| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>    UNITED STATES OF AMERICA,<br><br>                    -v-<br><br>    MARLON CHIRINOS,<br>    EMMANUEL ESPEJO, and<br>    MAXIEL LINK,<br>                          Defendants.<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 5/26/2022<br><br>1:21-cr-581-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

    Trial in this matter will commence at **9:00 a.m. on January 23, 2023**.  Pretrial motions by Defendants are due no later than **August 26, 2022**.  The Government's opposition to any defense motions are due no later than three weeks after service of Defendants' motions. Defendants' replies, if any, are due no later than one week after service of the Government's opposition.  The Court will hold a hearing on any defense motions necessitating a hearing on **October 6, 2022** at 10:00 a.m.

    The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including *motions in limine*, are due no later than **October 19, 2022**.  If any motions in limine are filed, opposition papers are due no later than seven days after the date of service of the motion.  Reply papers, if any, are due no later than four days after the date of service of the opposition.  Courtesy copies of motions in limine should be submitted when the motions are fully briefed.  The Court will hold a final pretrial conference in this matter on **December 2, 2022** at 10:00 a.m.

    Both the trial and the final pretrial conference will be held in **Courtroom 12C** of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at **500 Pearl Street**, New York, New York 10007.

The parties are further directed to submit: (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than **October 19, 2022**. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

SO ORDERED.

Dated: May 26, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge