UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                   :
UNITED STATES OF AMERICA,              :
                                                                   :
                                                                   :
                              -v-                                          :
                                                                   :                      1:21-cr-581-GHW
                                                                   :
MARLON CHIRINOS,                           :                          <u>ORDER</u>
EMMANUEL ESPEJO, and                   :
MAXIEL LINK,                                    :
                                           Defendants. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        In the order scheduling the trial and pretrial motions in this matter, the Defendants were directed to submit any pretrial motions no later than August 26, 2022. Dkt. No. 42. The Court has not received any pretrial motions from the Defendants. Defendants' failure to comply with the Court's scheduling order is not excused. Because there are no defense motions necessitating a hearing, the conference scheduled for October 6, 2022 at 10:00 a.m. is adjourned *sine die*.

        SO ORDERED.

Dated: August 31, 2022
New York, New York

                                                            _____
                                                               GREGORY H. WOODS
                                                            United States District Judge