UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

UNITED STATES OFAMERICA,

        -v-

      1:21-cr-581-GHW-1

MARLON CHIRINOS,
              Defendant.
------------------------------------------------------------ X

      ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2022

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter for September 28, 2022 at 9:00 a.m. in Courtroom

12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York

10007.

     SO ORDERED.

Dated: September 22, 2022
       New York, New York

                          GREGORY H. WOODS
                      United States District Judge