

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2022

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:    12/20/2022

　　　Re:　　*United States v. Marlon Chirinos,* **21 Cr. 581 (GHW)**

Dear Judge Woods:

　　　The parties write jointly to respectfully request a three-week adjournment of the defendant's sentencing, currently scheduled for January 13, 2023, and the associated deadlines for sentencing submissions.  The Government is currently preparing its response to the recent Second Circuit decision in *United States v. Gibson*, No. 20-3049 (2d Cir. Dec. 6, 2022) that will guide the Government's position on this issue in all cases to which *Gibson* applies.  The additional time will enable the Government to complete that process, which requires review by several levels of supervisors, and provide defense counsel with time to assess the Government's position prior to filing the defendant's submission.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　DAMIAN WILLIAMS
　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　by: /s/ Elizabeth A. Espinosa
　　　　　　　　　　　　Elizabeth A. Espinosa
　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　(212) 637-2216

Cc:　　Michael Martin, Esq.

Application granted.  The sentencing hearing in this matter is adjourned to February 8, 2023 at 11:00 a.m.  The defendant's sentencing submissions are due no later than January 25, 2023; the Government's sentencing submissions are due no later than February 1, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 66.

SO ORDERED.

Dated:  December 20, 2022
New York, New York

　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　United States District Judge